# CRAVATH, SWAINE & MOORE LLP

JOHN W. WHITE
EVAN R. CHESLER
RICHARD W. CLARY
STEPHEN L. GORDON
DANIEL L. MOSLEY
ROBERT H. BARON
DAVID MERCADO
CHRISTINE A. VARNEY
PETER T. BARBUR
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
PHILIP J. BOECKMAN
WILLIAM V. FOGG
FAIZA J. SAEED

RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1104

WRITER'S EMAIL ADDRESS
mbyars@cravath.com

DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
JOHNNY G. SKUMPIJA
J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
KENNETH C. HALCOM
DAVID M. STUART

AARON M. GRUBER
O. KEITH HALLAM, III
OMID H. NASAB
DAMARIS HERNÁNDEZ
JONATHAN J. KATZ
MARGARET SEGALL D'AMICO
RORY A. LERARIS
KARA L. MUNGOVAN
NICHOLAS A. DORSEY
ANDREW C. ELKEN
JENNY HOCHENBERG
VANESSA A. LAVELY
G.J. LIGELIS JR.
MICHAEL E. MARIANI

———

SPECIAL COUNSEL
SAMUEL C. BUTLER

———

OF COUNSEL
MICHAEL L. SCHLER

June 19, 2018

Carole B. Reiss v. Melitina Hernandez, et al., No. 17-cv-159 (WHP)

Dear Judge Pauley:

   I am *pro bono* counsel for Plaintiff Carole B. Reiss and appeared in this action on May 2, 2018 for the limited purpose of representing Ms. Reiss at depositions. On behalf of Ms. Reiss, I write to respectfully request a limited extension of the deadline for fact discovery, which expired on June 1, 2018, to permit the taking of depositions of individual Defendants Melitina Hernandez and Jennifer Johnson. Defendants do not object to this request.

   As Ms. Reiss's former supervisors, Ms. Hernandez and Ms. Johnson each have unique knowledge concerning Ms. Reiss's allegations of employment discrimination and retaliation. I requested deposition dates from Defendants during the fact discovery period, but Defendants' counsel and I were unable to confirm available dates before June 1, 2018. Defendants' counsel has confirmed that Ms. Hernandez is available to be deposed on June 27, 2018, and Ms. Johnson is available to be deposed on July 11, 2018.

   Defendants filed an Answer to Ms. Reiss's Second Amended Complaint on May 23, 2018. The Parties have exchanged initial disclosures. The Defendant Department of Education has responded to Ms. Reiss's interrogatories, and Defendants have produced documents in response to Plaintiffs' requests.[1] No other discovery has been taken of the individual Defendants.

---

[1] Although Defendants do not object to the extension requested in this letter or to most its contents, Defendants object to the inclusion of the phrase "The Defendant Department of Education has responded to Ms. Reiss's interrogatories" because it does not state that "*The Defendants* have responded to Ms. Reiss's interrogatories". Although the Department of Education served verified responses to Ms. Reiss's interrogatories, those responses have not been verified by Ms. Hernandez or Ms. Johnson. *Cf.* Federal

    Ms. Reiss was deposed on May 23, 2018. In response to Defendants' Second Set of Document Requests, which Defendants served on June 1, 2018 following Ms. Reiss's deposition, Ms. Reiss has produced documents.

    The Parties jointly requested two prior extensions of the deadline to complete fact discovery, on February 14, 2018 and April 6, 2018. (ECF Nos. 37, 42.) Both requests were granted. (ECF Nos. 38, 43.)

    I appreciate the Court's consideration of this request, and I am available to answer any questions the Court may have.

              Respectfully submitted,

              M. Brent Byars

Judge Pauley
  Daniel Patrick Moynihan United States Courthouse
    500 Pearl St.
      New York, NY 10007-1312

Copy to:

All Counsel of Record

VIA ECF

---

Rule of Civil Procedure 33(b)(5) ("The person who makes the answers [to interrogatories] must sign them"). When Plaintiff requested that the individual Defendants verify the responses, the individual Defendants declined to do so and took the position that the interrogatories Ms. Reiss had served "were directed to the DOE only". While Ms. Reiss does not presently seek to compel the individual Defendants to respond to her interrogatories, the lack of interrogatory responses from them further supports her request for their depositions.